# UNITED STATES DISTRICT COURT

## District of Minnesota

Javier Gutierrez Gutierrez,

                    Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

                    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-750 LMP/EMB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Javier G. G.'s Petition for Writ of Habeas Corpus (ECF No. 1) is **GRANTED**;

2. The Government is **ORDERED** to release Javier G. G. from custody by no later than 5:00 p.m. on Wednesday, February 4, 2026; and

3. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than 5:00 p.m. on Thursday, February 5, 2026.

Date: 2/2/2026

KATE M. FOGARTY, CLERK